# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

|  |  |
|---|---|
| FARM LABOR ORGANIZING COMMITTEE, et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:17-cv-01037 |
| ROY COOPER, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Farm Labor Organizing Committee, Victor Toledo Vences and Valentin Alvarado Hernandez            .

Date:      11/16/2017                                               /s/Robert J. Willis
                                                                *Attorney's signature*

                                                           Robert J, Willis NC Bar # 10730
                                                                *Printed name and bar number*

                                                                   P.O. Box 1828
                                                                Pittsboro, NC 27312
                                                                tel: (919) 821-9031
                                                                      *Address*

                                                           rwillis@rjwillis-law.com
                                                                 *E-mail address*

                                                                 (919) 821-9031
                                                                *Telephone number*

                                                                 (919) 821-1763
                                                                   *FAX number*

| Print | Save As... | | Reset |