IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.1:17-cv-01037

FARM LABOR ORGANIZING )
COMMITTEE, et al. )
)
      Plaintiffs, )
)
v. )
)
GOVERNOR ROY COOPER, et. al. )
)
      Defendants. )
)

## PLAINTIFFS'MOTION FOR EXTENSION OF LIMITATION ON LENGTH OF BRIEFS

Come now Plaintiffs Farm Labor Organizing Committee, Victor Toledo Vences, and Valentin Alvarado Hernandez, by and through their undersigned counsel, and file this motion pursuant to LR 7.3(d) to extend the limitation on length of briefs. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on November 15, 2017, alleging that Section 20.5 of North Carolina Session Law 2017-108, Senate Bill 615 ("the Farm Act") violates the United States Constitution in multiple ways. DE 1;

2. Plaintiffs have filed their Motion for Preliminary Injunction, DE 7, and seek to file their Brief in Support of Plaintiffs' Motion for a Preliminary

1

Injunction that exceeds the word limits set by Local Rule 7.3(d) by 637 words (*see* Brief in Support, filed as DE 8);

3. In their Motion, Plaintiffs seek a preliminary injunction on their claims that the Farm Act violates the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and Article 1, Section 10 (Bill of Attainder Clause) of the U.S. Constitution;

4. The Court will require a sufficient factual record to evaluate whether Plaintiffs will suffer irreparable harm if a preliminary injunction is not issued, as well as to determine whether Plaintiffs have a substantial likelihood of success on the merits;

5. This factual record includes information about the legislative history and context in which Section 20.5 was added to the Farm Act, the historical disadvantages and discrimination suffered by farmworkers, the record of animus exhibited toward Plaintiff FLOC, and the burden Section 20.5 places on the Plaintiffs' abilities to engage in constitutionally-protected activity;

6. Because this factual information is necessary for the Court to understand the context and background that is relevant to the constitutionality of Section 20.5, Plaintiffs request an extension of the word limit to 6,887 words;

7. Plaintiffs are in the process of serving Defendants. Defendants' counsel in this action have not yet entered a notice of appearance, so Plaintiffs' counsel have not been able to contact them to determine if they consent to this Motion.

WHEREFORE, Plaintiffs' Motion for Extension on Limitation on Length of Briefs should be granted.

Respectfully submitted this 20th day of November, 2017,

__/s/ Kristi L. Graunke_____
Kristi L. Graunke
North Carolina Bar No. 51216
kristi.graunke@splcenter.org
Julia Solórzano
Georgia Bar No. 928725
julia.solorzano@splcenter.org
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
Graunke Tel.: 334-324-5177
Solórzano Tel: 404-521-6700

Meredith B. Stewart
Louisiana Bar No. 34109
meredith.stewart@splcenter.org
Southern Poverty Law Center
1055 St. Charles Avenue, Ste. 505
New Orleans, LA 70130
Tel.: 504-486-8982
Fax: 504-486-8947

Brian Hauss
New York Bar No. 5437751
bhauss@aclu.org
American Civil Liberties Union Foundation[*]
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212-549-2500
Fax: 212-549-2650

Christopher Brook
North Carolina Bar No. 33838
cbrook@acluofnc.org
ACLU of North Carolina
P. O. Box 28004
Raleigh, NC 27611-8004
Tel: 919-834-3466

Carol Brooke  
North Carolina Bar No. 29126  
carol@ncjustice.org  
Clermont Ripley  
North Carolina Bar No. 36761  
clermont@ncjustice.org  
North Carolina Justice Center  
PO Box 28068  
Raleigh, NC 27611  
Brooke Tel: 919-856-2144  
Ripley Tel.: 919-856-2154  
Fax: 919-856-2175  

Robert J. Willis  
North Carolina Bar No. 10730  
rwillis@rjwillis-law.com  
Law Office of Robert J. Willis, P.A.  
P.O. Box 1828  
Pittsboro, NC 27312  
Tel: 919-821-9031  
Fax: 919-821-1763  

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I certify that on November 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed true copies of this motion to the following:

Governor Roy Cooper
North Carolina Office of the Governor
20301 Mail Service Center
Raleigh, NC 27699-0301

The Hon. Marion Warren
North Carolina Administrative Office of the Courts
P.O. Box 2448
Raleigh, NC 27602-2448

Attorney General Josh Stein
Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

/s/ Kristi L. Graunke
*Counsel for Plaintiffs*