IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FARM LABOR ORGANIZING COMMITTEE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:17CV1037 |
| JOSHUA STEIN, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 21, 2018, was served on the parties in this action. (ECF Nos. 56, 57.) The North Carolina Farm Bureau Federation, Inc., a proposed intervenor in this matter, filed objections to the Magistrate Judge's Recommendation. (See ECF No. 59.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Warren Dismissal Motion, (ECF No. 39), is GRANTED; the Stein Dismissal Motion, (ECF No. 44), is DENIED; the Intervention Motion, (ECF No. 21), is DENIED; and the Preliminary Injunction Motion, (ECF No. 34), is GRANTED as follows: Defendant Stein is enjoined from enforcing the Farm Act and the security requirement is waived.

This, the 20th day of September, 2018.

/s/ Loretta C. Biggs
United States District Judge