IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FARM LABOR ORGANIZING COMMITTEE, et al., ) ) ) Plaintiffs, ) ) v. ) ) ATTORNEY GENERAL ) JOSHUA STEIN, et al., ) ) Defendants. ) | 1:17CV1037 |

**ORDER**

This matter is before the Court on the Defendants' Motion for Leave to Exceed Word Limit. (ECF No. 102.)

Based on representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED, and parties may file a memorandum in support of their respective motions for summary judgment and response memorandum of not more than 8,750 words.

This, the 12th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge