EXHIBIT 5

---

NORTH CAROLINA HOUSE OF REPRESENTATIVES

---

DEBATE ON

SESSION LAW 2017-108, SENATE BILL 615

AN ACT TO AMEND CERTAIN LAWS GOVERNING AGRICULTURAL MATTERS

---

TUESDAY, JUNE 27, 2017
WEDNESDAY, JUNE 28, 2017

---

Volume 1 of 1

Pages 1 through 20

*Kay McGovern & Associates*
Suite 141, 314 Edwards Mill Road • Raleigh, NC 27612-5371
(919) 696-7099 Office/Mobile • kay.mcgovern@kaymcgovern.com

EXHIBIT 5

2

# **T A B L E   O F   C O N T E N T S**

Preliminary Matters                                         3

Debate on House Committee Substitute
for Senate Bill 615

     Representative Dixon                             3
     Representative Brody, Amendment 1               6
     Vote on Amendment 1                             7
     Representative Faircloth, Amendment 2           8
     Vote on Amendment 2                             9
     Representative Collins                           9
     Representative Dixon, Amendment 3
     12
     Representative Meyer, Question                 13
     Representative Dixon, Answer                   14
     Vote on Amendment 3                            15

Vote on Senate Bill 615

     Second Reading                                 11
     Third Reading                                  15

Motion and Vote on House Committee Substitute
for Senate Bill 615

     Representative Dixon                            18
     Vote                                           18

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                      Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com

EXHIBIT 5

3

**P R O C E E D I N G S**

1
2          (Track 1 begins.)
3          Speaker Moore:          But we will come back to
4    the -- Senate Bill 615, the clerk will read.  And actually,
5    the clerk will suspend and then the ---
6          The Clerk:          Senators B. Jackson,
7    Sanderson, and Brock; Senate Bill 615, a bill to be entitled
8    An Act to Amend Certain Laws Governing Agricultural Matters.
9    The General Assembly of North Carolina enacts.
10         Speaker Moore:          For what purpose does the
11   gentleman from Duplin, Representative Dixon, rise?
12         Representative Dixon:     To debate the bill.
13         Speaker Moore:          The gentleman is
14   recognized to debate the bill.
15         Representative Dixon:     Thank you, Mr. Speaker.
16   Members, we have before us here a continuing effort that
17   we've all experienced over the last three sessions to
18   introduce legislation that is -- will enhance the
19   profitability and the performance of our agriculture sector
20   in North Carolina.
21         I'll be very brief in my description.  Section 1 of
22   this bill is a study to look at amending the issues relating
23   to the selling of perishable produce and also to look at
24   considering the possibility of property tax abatement for
25   aging farm machinery.

**KAY McGOVERN & ASSOCIATES**          **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                    Office/Mobile
Raleigh, North Carolina  27609-4380     kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 3 of 20

EXHIBIT 5

**4**

1  Section number 2 expands the facilities that are
2  exempt from the EMC rule.  Section 3 is a present use value
3  change that adds grazing fees as a source of allowing income.
4  Section 4 clarifies what does constitute abandoned livestock.
5  Section 6 clarifies that the Department of
6  Agriculture and Consumer Services can administer the
7  guidelines relative to sedimentation pollution control.  This
8  was overlooked when Forestry was transferred from DENR to the
9  Department of Agriculture, and this just corrects that.
10  Section 7, assent to mutual provisions of the Great
11  Plains Wildlife (sic) Protection Compact to put us in
12  compliance with some of the federal regulations.  Section 8
13  clarifies agritourism and some of the facilities incident to
14  that.
15  Section 9, it eliminates the county authority to
16  adopt zoning regulations governing swine farms of certain
17  sizes.  Section 10 allows food compliance inspectors to drive
18  state vehicles without state tags and bumper stickers.
19  Section 11 is meat and poultry technical corrections.  That
20  section is totally technical.
21  Section 12, to modernize forest ranger status, this
22  comes from the department and puts clarifying language there
23  that accomplishes that; Section 13, to allow emergency
24  workers to receive workers' compensation when responding to
25  nonfire emergencies.

**KAY McGOVERN & ASSOCIATES**          **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road          Office/Mobile
Raleigh, North Carolina  27609-4380     kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 4 of 20

EXHIBIT 5

5

1    Section 14, it creates an exception from conservation

2    benefit analysis for the -- for certain easements.  Section

3    15 exempts farm trucks that stay in the state from having a

4    USDOT identification number.

5    Section 16 eliminates or exempts the closure of hog

6    lagoons from requiring the use of a professional engineer in

7    lieu of technical specialists who are more involved with

8    that.  Section 17, it exempts farm vehicles engaged in

9    intrastate commerce from certain federal motor carrier safety

10   regulations.

11   Section 18, it disqualifies certain property from

12   present use value classification.  The simple explanation for

13   this is if you have a solar facility, you cannot put a few

14   sheep on that land and then apply for present use value.

15   Section 19 authorizes wine sales at farmers markets, and

16   that's important if you ever get in a farmers market where

17   they're discussing anything about Asheville (phonetic).  A

18   little bit of wine would help.

19   I stand ready to ask for -- respond to any reasonable

20   questions, and I think we have two friendly amendments, Mr.

21   Speaker.

22   Speaker Moore:        For what purpose does the

23   gentleman from Union, Representative Brody, arise?

24   Representative Brody:    To send forth an

25   amendment.

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 5 of 20

EXHIBIT 5

6

1    Speaker Moore:          The gentleman is
2  recognized to send forward his amendment.  The clerk will
3  read.
4    The Clerk:              Representative Brody
5  moves to amend the bill on page 5, line 21, by rewriting that
6  line to read.
7    Speaker Moore:          The gentleman has the
8  floor to explain his amendment.
9    Representative Brody:    Thank you, Mr. Speaker.
10 Fellow members, this is an amendment that we worked with the
11 ag department as well as both the House and Senate to bring
12 forward, and I'll just read a brief paragraph on it.
13    It says some local governments are making
14 interpretations that are curtailing the movement of products
15 between farms for processing, storage, or other related
16 activities along with the expansion of related farm
17 facilities to accommodate the receipt of these products.
18    For example, the delivery of grain from a farm
19 without a grain elevator to a farm with a grain elevator has
20 been ruled as being commercial and not agricultural.  This
21 would make that agriculture.
22    Also it clarifies that a residence can be allowed on
23 a farm as long as it's not -- it's incidental to the farm.
24 In other words, you can -- in such an instance the farm
25 remains -- the farm has to remain the primary use and

**KAY McGOVERN & ASSOCIATES**                        **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                              Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 6 of 20

EXHIBIT 5

7

1  residential is viewed as an accessory use.  In other words,

2  you can't start building houses on a farm and then claim a

3  farm exemption.  This is primarily for an incidental use.

4  And I'll stand for any questions and ask for your greens.

5       Speaker Moore:            For what purpose does the

6  gentleman from Duplin, Representative Dixon, arise?

7       Representative Dixon:      Please vote yes on the

8  amendment.

9       Speaker Moore:            Further discussion,

10  further debate on Amendment 1 sent forward by Representative

11  Brody.

12            (No audible response.)

13       Speaker Moore:            Seeing none, the question

14  before the House is the adoption of the Amendment 1 sent

15  forward by Representative Brody.  Those favoring passage will

16  vote aye.  Those opposed will vote no.  The clerk will open

17  the vote.

18            (Brief pause.)

19       Speaker Moore:            The clerk will lock the

20  machine and record the vote.  With 109 voting in the

21  affirmative and none in the negative, the amendment is

22  adopted.  For what purpose does the gentleman from Guilford,

23  Representative Faircloth, arise?

24       Representative Faircloth:  To send forth an

25  amendment.

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                    Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 7 of 20

EXHIBIT 5

8

1    Speaker Moore:          The gentleman is
2  recognized to send forward his amendment and the clerk will
3  read.
4    The Clerk:              Representative
5  Faircloth ---
6    Representative Faircloth:   (interposing)  Thank you,
7  Mr. Speaker.
8    The Clerk:              Representative Faircloth
9  moves to amend the bill on page 6, line 30 by rewriting that
10  line to read.
11    Speaker Moore:          The gentleman has the
12  floor to debate his amendment.
13    Representative Faircloth:   Thank you, Mr. Speaker.
14  We discussed -- sometime back when we were working on the
15  building code regulations reform, we discussed an operation
16  called an equine therapeutic operation.  That's where horses
17  in a farm setting are being ridden by children with physical
18  and mental problems and with adults having the same.  The
19  horses are used as therapy.
20    And you may recall there was a problem where an
21  operation like that was trying to build a new place because a
22  community college had taken their old farm away and it was
23  inside of the city limits of the city of High Point.
24    We took care of that.  You voted for that and we took
25  care of that, and it was placed in -- as a part of the reg

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                        Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 8 of 20

EXHIBIT 5

9

1  reform bill.  And then as the farm act moved along, the same

2  section that's in the reg reform ended up in the farm bill as

3  far as the General Statute 143-138, but the wording now is

4  different.

5          This amendment does nothing more than correct the

6  wording of that section so that both of these bills read the

7  same.  I ask for your support.

8          Speaker Moore:          Further discussion,

9  further debate.

10              (No audible response.)

11         Speaker Moore:          Seeing none, the question

12 before the House is the passage of Amendment 2 sent forward

13 by Representative Faircloth.  Those favoring passage will

14 vote aye.  Those opposed will vote no.  The clerk will open

15 the vote.

16              (Brief pause.)

17         Speaker Moore:          The clerk will lock the

18 machine and record the vote.  With 112 having voted in the

19 affirmative and none in the negative, the amendment is

20 adopted.  For what purpose does the gentleman from Nash,

21 Representative Collins, arise?

22         Representative Collins:    To debate the bill.

23         Speaker Moore:          The gentleman has the

24 floor and may debate the bill.

25         Representative Collins:    I live in a farming area.

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                      Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 9 of 20

EXHIBIT 5

**10**

1    In fact my home county -- I've seen the statistics on it.

2    It's something incredible, like 60 percent of the sweet

3    potatoes grown in the world are either grown in Nash County

4    or within 50 miles of the county, and that's just one of the

5    crops that's grown in my area.

6            I just want to thank from the bottom of my heart as

7    much as I possibly can Representative Dixon for keeping

8    extraneous, non-farm material out of this bill.  This is the

9    first time since I've been in this General Assembly in 2011

10   that I'm going to be able to vote for a farm bill.

11           And my no votes have never had anything to do with

12   farming.  They've always had to do with all the other

13   non-farm stuff that's wound up creeping into these farm

14   bills.  So I want to offer an extreme debt of gratitude to

15   Representative Dixon for truly making this a farm bill this

16   year, and I gladly support it.

17           Speaker Moore:           For what purpose does the

18   lady from Franklin, Representative Richardson, arise?

19           Representative Richardson:  Thank you, Mr. Speaker.

20   I would like to be recorded as voting aye on the Faircloth

21   amendment.

22           Speaker Moore:           The lady from Franklin

23   will be recorded as having voted aye on the Franklin (sic)

24   amendment.  For what purpose does the lady from Mecklenburg,

25   Representative Belk, arise?

**KAY McGOVERN & ASSOCIATES**                          **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                        Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 10 of 20

EXHIBIT 5

1  Representative Belk:        Yes.  I'd like to be

2  recorded as voting no on HB 135.

3  Speaker Moore:           The lady will be recorded

4  as having voted no on the second reading of House Bill 135.

5  For what purpose does the lady from Guilford, Representative

6  Harrison, arise?

7  Representative Harrison:   I'd like to be recorded

8  as no on the concurrence vote on House Bill 135.

9  Speaker Moore:           The lady from Guilford

10 will be recorded as having voted no on the concurrence vote

11 for House Bill 135.  Further discussion, further debate.

12                  (No audible response.)

13 Speaker Moore:           Seeing none, the question

14 before the House is the passage of Senate Bill 615 on its

15 second reading.  Those favoring passage will vote aye.  Those

16 opposed will vote no.  The clerk will open the vote.

17                  (Brief pause.)

18 Speaker Moore:           The clerk will lock the

19 machine and record the vote.  With 108 voting in the

20 affirmative and 7 in the negative, the House committee

21 substitute for Senate Bill 615 has passed its second reading

22 and will remain on the calendar.

23                  (Track 1 ends.)

24                  (Track 2 begins.)

25 Speaker Moore:           Senate Bill 615, the

KAY McGOVERN & ASSOCIATES**                                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                              Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com


Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 11 of 20

EXHIBIT 5

**12**

1  clerk will read.

2  The Clerk:                Representatives B.

3  Jackson, Sanderson, and Brock, Senate Bill 615, a bill to be

4  entitled An Act to Amend Certain Laws Governing Agricultural

5  Matters.  The General Assembly of North Carolina enacts.

6  Speaker Moore:               The gentleman from

7  Duplin, Representative Dixon, is recognized to debate the

8  bill.

9  Representative Dixon:      Mr. Speaker, there's an

10  amendment.  Would you please?

11  Speaker Moore:               The gentleman would like

12  to send forth the amendment first.  The gentleman is

13  recognized for that purpose.  The clerk will read the

14  amendment.

15  The Clerk:                Representative Dixon

16  moves to amend the bill on page 23, lines 26 through 27 by

17  inserting the following between those lines.

18  Speaker Moore:               The gentleman is

19  recognized to debate the amendment.

20  Representative Dixon:      Thank you, Mr. Speaker.

21  This amendment -- there are various organizations that for

22  some time over the last couple of weeks have been looking for

23  the right opportunity -- they weren't necessarily going to do

24  it here in the -- in the farm act, although I think it's very

25  applicable, but that's an explanation of why at this point

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                         Office/Mobile
Raleigh, North Carolina  27609-4380         kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 12 of 20

EXHIBIT 5

**13**

1  that we're offering an amendment -- Farm Bureau and other

2  farm organizations.

3      And over the last couple of days I've heard from a

4  lot of farmers across the state expressing concerns about

5  this and wishing that there was a vehicle to do what this

6  amendment does.  It strengthens our right to work statutes by

7  declaring certain agreements involving agriculture producers

8  are against the public policy of North Carolina.

9      The amendment would prohibit the use of litigation to

10  force farms to unionize and ensure farmers are not required

11  to collect dues for their employees.  This reduces the

12  regulatory burden on farms that is not required under federal

13  law and is completely within the state's purview to regulate.

14  I would urge your support of this amendment.

15      Speaker Moore:          Further discussion,

16  further debate on the amendment?  For what purpose does the

17  gentleman from Orange, Representative Meyer, arise?

18      Representative Meyer:      Thank you, Mr. Speaker.

19  I'd like to ask the gentleman from Duplin a question.

20      Speaker Moore:          Does the gentleman from

21  Duplin yield to the gentleman from Orange?

22      Representative Dixon:      Yes, sir.

23      Speaker Moore:          He yields.

24      Representative Meyer:      Thank you, Representative

25  Dixon.  Given that we already have quite strong right to work

**KAY McGOVERN & ASSOCIATES**          **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road          Office/Mobile
Raleigh, North Carolina  27609-4380    kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 13 of 20

EXHIBIT 5

**14**

1  protections, can you say a little bit more about why you

2  think these additional protections are necessary for farms?

3  　　　　　Representative Dixon:　　　Yes, sir, because of

4  continued harassment from out of state; there seems to be a

5  growing wave of folks that are interested in farm labor.

6  It's -- some consider it low hanging fruit to do things like

7  that, and it's just a general tendency for an increase in

8  activity that we consider to be harassment.

9  　　　　　Representative Meyer:　　　May I ask a second

10 question?

11 　　　　　Speaker Moore:　　　　　Does the gentleman yield

12 to an additional question?

13 　　　　　Representative Dixon:　　　I do.

14 　　　　　Speaker Moore:　　　　　He yields.

15 　　　　　Representative Meyer:　　　And so are you afraid

16 that they're going to organize the farmworkers into a union

17 even though unions or collective bargaining is prohibited in

18 North Carolina?  Is that -- is that what the fear is?

19 　　　　　Representative Dixon:　　　Sir, I'm not afraid of

20 anything.  And I understand that food is very important, and

21 so no, we're not afraid, but an ounce of prevention is worth

22 a pound of cure.

23 　　　　　And there are predatory folks that make a good living

24 coming around and getting people to be dissatisfied, and a

25 few of us farmers are getting a little bit tired of it and we

**KAY McGOVERN & ASSOCIATES**
Suite 141, 3201 Edwards Mill Road
Raleigh, North Carolina  27609-4380

**(919) 696-7099**
Office/Mobile
kay.mcgovern@kaymcgovern.com

Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 14 of 20

EXHIBIT 5

15

1  want some properly measured priority so that we can continue

2  to feed you.

3      Representative Meyer:      Thank you, Representative

4  Dixon.

5      Speaker Moore:            Further discussion,

6  further debate on the amendment?  If not, the question before

7  the House is the adoption of Amendment A3 sent forward by

8  Representative Dixon.  Those in favor will vote aye.  Those

9  opposed will vote no.  The clerk will open the vote.

10          (Brief pause.)

11     Speaker Moore:            The clerk will lock the

12  machine and record the vote.  With 73 having voted in the

13  affirmative, 42 in the negative, the amendment is adopted.

14  We're now back on the bill.  Further discussion, further

15  debate.

16     If not, the question before the House, passage of

17  Senate Bill 615 on its third reading.  Those in favor will

18  vote aye.  Those opposed will vote no.  The clerk will open

19  the vote.

20          (Brief pause.)

21     Speaker Moore:            Representative Warren,

22  does the gentleman wish to vote on the bill?  The clerk will

23  lock the machine and record the vote.  93 having voted in the

24  affirmative and 23 in the negative, Senate Bill 615 passes

25  its third reading.  The bill is ordered engrossed and

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                    Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 15 of 20

EXHIBIT 5

**16**

1    returned to the Senate.

2                    (Track 2 ends.)

3                    (Track 3 begins.)

4        Speaker Moore:             Representative Dixon is

5    recognize to send forth a conference report to Senate Bill

6    615.   The clerk will read.

7        The Clerk:                The conferees appointed

8    to resolve the differences between the Senate and the House

9    of Representatives on Senate Bill 615, a bill to be entitled

10   An Act to Amend Certain Laws Governing Agricultural Matters,

11   House committee substitute favorable 6/21/17, House committee

12   substitute number 2 favorable 6/26/17, fifth edition

13   engrossed 6/28/17, submit the following report.

14        The Senate and the House agree to the following

15   amendment to the House committee substitute favorable

16   6/21/17, House committee substitute number 2 favorable

17   6/26/17, fifth edition engrossed 6/28/17, and the Senate

18   concurs with the Senate (sic) substitute as amended.

19        The conferees recommend for the Senate and the House

20   of Representatives to adopt this report; date conferees

21   approved the report, June 28, 2017.  Conferees for the

22   Senate, Senator Jackson, chair, Senators Brock, Sanderson;

23   conferees for the House of Representatives, Representative

24   Dixon, chair, Representatives Bell and Hall.

25        Speaker Moore:             Calendared, and without

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                         Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 16 of 20

EXHIBIT 5

17

1  objection the (unintelligible) calendar.  Hearing none, so

2  ordered.

3           (Track 3 ends.)

4           (Track 4 begins.)

5      Speaker Moore:           Senate Bill 615, the

6  clerk will read.

7      The Clerk:              The conferees appointed

8  to resolve the differences between the Senate and the House

9  of Representatives on Senate Bill 615, a bill to be entitled

10  An Act to Amend Certain Laws Governing Agricultural Matters,

11  House committee substitute favorable 6/21/17, House committee

12  substitute number 2 favorable 6/26/17, fifth edition

13  engrossed 6/28/17, submit the following report.

14      The Senate and the House agree to the following

15  amendment to the House committee substitute favorable

16  6/21/17, House committee substitute number 2 favorable

17  6/26/17, fifth edition engrossed 6/28/17, and the Senate

18  concurs in the committee substitute as amended.

19      The conferees recommend that the Senate and the House

20  of Representatives adopt this report.  Date conferees

21  approved the report, June 28, 2017.  Conferees for the

22  Senate, Senator Jackson, chair, Senators Brock and Sanderson;

23  conferees for the House of Representatives, Representative

24  Dixon, chair, Representatives Bell and Hall.

25      Speaker Moore:           The gentleman from

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                       Office/Mobile
Raleigh, North Carolina  27609-4380          kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 17 of 20

EXHIBIT 5

**18**

1   Duplin, Representative Dixon, is recognized for a motion.

2           Representative Dixon:       Mr. Speaker, I move that

3   we adopt the conference report for House -- for Senate Bill

4   615.

5           Speaker Moore:             The gentleman has moved

6   that the House do adopt the conference report for -- House

7   committee substitute for Senate Bill 615.  The gentleman is

8   recognized to debate the motion.

9           Representative Dixon:       Members, I would ask for

10  your green vote on this.  There was somewhat of a

11  technicality with the inclusion of the PV -- present use

12  value amendment that was added to the -- to the farm act.

13          All of the stuff behind it is not explainable, but I

14  ask you for your green vote.  We're just simply taking the --

15  that provision out of the farm act so that it does not

16  require a roll call vote and the business can be taken care

17  of tonight.

18          Speaker Moore:             Further discussion,

19  further debate.  If not, the question before the House is the

20  motion to adopt the conference report, Senate Bill 615.

21  Those in favor will vote aye.  Those opposed will vote no.

22  The clerk will open the vote.

23              (Brief pause.)

24          Speaker Moore:             The following members

25  wish to record:  Representative Yarborough, Representative

**KAY McGOVERN & ASSOCIATES**                    **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                          Office/Mobile
Raleigh, North Carolina  27609-4380        kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 18 of 20

EXHIBIT 5

**19**

1  Alexander, Representative Floyd.

2           (Brief pause.)

3      Speaker Moore:            The chair sees some votes

4  changing in the back left corner.  If members want to

5  double-check and make sure they meant to hit the green

6  button, some of them are going to red.  That way it will save

7  time maybe.  It won't affect the outcome, but that way we can

8  save some time.

9           (Brief pause.)

10     Speaker Moore:            The chair believes that

11  the body has been given ample time to vote on this bill.  The

12  clerk will lock the machine and record the vote.  97 having

13  voted in the affirmative, 19 in the negative, the conference

14  report for the House committee substitute to 615 having been

15  adopted, the bill is ordered enrolled, and actually at this

16  point the Senate will be notified of the same.

17           (Track 4 ends.)

**KAY McGOVERN & ASSOCIATES**                              **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road                         Office/Mobile
Raleigh, North Carolina  27609-4380         kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 19 of 20

EXHIBIT 5

20

STATE OF NORTH CAROLINA

COUNTY OF WAKE


**C E R T I F I C A T E**


    I, Kay K. McGovern, do hereby certify that the foregoing pages 3 through 19 represent a true and accurate transcript of a digital recording of the proceedings held in Raleigh, North Carolina on Tuesday, June 27, 2017, and Wednesday, June 28, 2017.

    This, the 4th day of June, 2020.


    Kay K. McGovern, CVR-CM-M
    2020.06.04 14:58:09 -04'00'
_____

Kay K. McGovern, CVR-CM
Transcriptionist

**KAY McGOVERN & ASSOCIATES**          **(919) 696-7099**
Suite 141, 3201 Edwards Mill Road        Office/Mobile
Raleigh, North Carolina  27609-4380    kay.mcgovern@kaymcgovern.com
Case 1:17-cv-01037-LCB-LPA   Document 107-6   Filed 08/14/20   Page 20 of 20