# EXHIBIT 1

# Proposed Order

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Action No. 1:17-cv-01037-LCB-LPA

| | |
|---|---|
| FARM LABOR ORGANIZING COMMITTEE, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOSHUA STEIN, et al. | ) ) |
| Defendant. | ) ) ) |

## ORDER

After having considered Plaintiffs' Unopposed Motion for Extension of Time to File Objections to the Magistrate's Judge's Memorandum Opinion and Recommendation and for Leave to Exceed Word Limits, and for good cause shown, IT IS HEREBY ORDERED that:

a. Plaintiffs and Defendant shall have up to and including March 26, 2021 to file objections to the Magistrate Judge's Memorandum Opinion (DE 124), and up to and including April 16, 2021 to file responses to any such objections; and

b. The word limits under L.R. 72.4 be extended to allow the parties to file objections containing no more than 8,000 words and responses containing no more than 8,000 words.

ORDERED this \_\_\_ day of March 2021,


_____
Loretta C. Biggs, United States District Judge