IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.1:17-cv-01037-LCB-LPA

| | |
|---|---|
| **FARM LABOR ORGANIZING COMMITTEE, et al.** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **JOSHUA STEIN, in his official capacity as the Attorney General of North Carolina,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Farm Labor Organizing Committee and Valentin Alvarado Hernandez appeal to the United States Court of Appeals for the Fourth Circuit from the Order of this Court dated and entered in this action on March 30, 2021 (ECF No. 141) (adopting the February 25, 2021 Memorandum Opinion and Recommendation of the Magistrate Judge, ECF No. 124) which granted summary judgment in part for Defendant Joshua Stein and denied summary judgment in part for Plaintiffs.

Respectfully submitted this 28th day of April 2021,

/s/Kristi L. Graunke
*Attorney for Plaintiffs*

Kristi Graunke
North Carolina Bar No. 51216
kgraunke@acluofnc.org
Jaclyn Maffetore
North Carolina Bar No. 50849
jmaffetore@acluofnc.org
ACLU of North Carolina Legal Foundation
P. O. Box 28004
Raleigh, NC 27611-8004
Tel: 919-834-3466

Julia Solórzano
Georgia Bar No. 928725
julia.solorzano@splcenter.org
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30030-1287
Tel: 404-521-6700

Meredith B. Stewart
Louisiana Bar No. 34109
meredith.stewart@splcenter.org
Southern Poverty Law Center
201 St. Charles Ave, Ste. 2000
New Orleans, LA 70170
Tel.: 504-486-8982

Carol Brooke
North Carolina Bar No. 29126
carol@ncjustice.org
Clermont Ripley
North Carolina Bar No. 36761
clermont@ncjustice.org
North Carolina Justice Center
PO Box 28068
Raleigh, NC 27611
Brooke Tel: 919-856-2144
Ripley Tel.: 919-856-2154

Brian Hauss
New York Bar No. 5437751
bhauss@aclu.org
Arianna Demas
New York Bar No. 5759667
ademas@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212-549-2500

Robert J. Willis
North Carolina Bar No. 10730
rwillis@rjwillis-law.com
Law Office of Robert J. Willis, P.A.
P.O. Box 1828
Pittsboro, NC 27312
Tel: 919-821-9031

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve counsel for Defendant.

/s/ Kristi L. Graunke
*Counsel for Plaintiffs*