IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:17-cv-1037

| | |
|---|---|
| FARM LABOR ORGANIZING COMMITTEE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA STEIN,<br><br>*Defendant*. | **NOTICE OF APPEAL** |

Notice is hereby given that Defendant, Joshua Stein, appeals to the United States Court of Appeals for the Fourth Circuit from the Order of this Court dated and entered in this action on March 30, 2021 (ECF No. 141) (adopting the February 25, 2021 Memorandum Opinion and Recommendation of the Magistrate Judge, ECF No. 124, which granted in part and denied in part summary judgment for Defendant Joshua Stein and granted in part and denied in part summary judgment for Plaintiffs).

Defendant submits this notice of appeal to preserve his rights should the Court's March 30, 2021 order be deemed a final order despite not yet determining the relief to be provided in the case. (*See* ECF No. 141 at 2). Defendant also notes that, as Plaintiffs have already filed a notice of appeal, this notice is in the nature of a cross-appeal.

Respectfully submitted this the 5th day of May, 2021.

                JOSHUA H. STEIN
                Attorney General


                /s/ Matthew Tulchin
                Matthew Tulchin
                Special Deputy Attorney General
                NC State Bar No. 43921
                mtulchin@ncdoj.gov

                /s/ Phillip A. Rubin
                Phillip A. Rubin
                Special Deputy Attorney General
                N.C. State Bar No. 51963
                prubin@ncdoj.gov

                NC Department of Justice
                PO Box 629
                Raleigh, NC  27602
                Tel: 919.716.6900
                Fax: 919.716.6763

                *Counsel for Defendant Attorney General Stein*