FILED: January 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1499 (L)
(1:17-cv-01037-LCB-LPA)

_____

FARM LABOR ORGANIZING COMMITTEE; VALENTIN ALVARADO HERNANDEZ

  Plaintiffs - Appellants

v.

JOSHUA STEIN, In his official capacity as Attorney General of the State of North Carolina

  Defendant - Appellee

and

ROY COOPER, In his official capacity as governor of the State of North Carolina; MARION R. WARREN, In his official capacity as Director of the North Carolina Administrative Office of the Courts

  Defendants

NORTH CAROLINA FARM BUREAU

  Intervenor/Defendant

------------------------------

EL VINCULO HISPANO; FARMWORKER JUSTICE;NATIONAL EMPLOYMENT LAW PROJECT;EPISCOPAL FARMWORKER MINISTRY; NORTH CAROLINA STATE AFL-CIO; NORTH CAROLINA STATE CONFERENCE OF THE NAACP; STUDENT ACTION WITH

FARMWORKERS; WESTERN NORTH CAROLINA WORKERS' CENTER

Amici Supporting Appellant

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk